

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00033-CR

_____


BRANDON EUGENE WASHINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the Sixth Judicial District Court
Lamar County, Texas
Trial Court No. 22385


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Brandon Eugene Washington has filed a notice of appeal for his conviction on his plea of guilty pursuant to a negotiated plea agreement to the offense of aggravated robbery. Washington was sentenced to ten years' imprisonment in accordance with that agreement.

We have now received the clerk's record in this appeal. That record contains a certification of Washington's right of appeal as required by Rule 25.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.2. The certification states this "is a plea-bargain case, and the defendant has NO right of appeal" and is signed by Washington and his trial counsel.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d). Because the trial court's certification affirmatively shows Washington has no right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.


Jack Carter
Justice

Date Submitted:     March 18, 2008
Date Decided:       March 19, 2008

Do Not Publish

2